VICTOR Y. BATSHEVER, Appellant, v DANIEL BLACK et al., Respondents.

Submitted June 11, 2012; decided June 28, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 830 (2012)].

---

BETH ABRAHAM HEALTH SERVICES, Respondent, v MILDRED ECCLESTON-JOHNSON, Appellant.

Submitted May 29, 2012; decided June 28, 2012

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

---

In the Matter of CHARLA R. BIKMAN (Admitted as CHARLA RUTH BIKMAN), a Suspended Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted June 11, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of MICHAEL BUXENBAUM, JR., Respondent, v RACHEL FULMER, Appellant.

Submitted May 29, 2012; decided June 28, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 801 (2012)].